# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Kimberly J. Perkins | Case No.: _____ 16-28964 _____<br><br>Hearing Date: _____ 2/8/2019 _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ ABA _____ |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Andrew B. Altenburg, Jr. _____ ,
United States Bankruptcy Judge.

**Reason for Hearing:**      Debtor(s) Objection to Certification of Default Submitted

by Chapter 13 Standing Trustee

**Location of Hearing:**      Courtroom No. __4B__
Mitchell H. Cohen Courthouse

400 Cooper Street, 4th Floor

Camden, NJ  08101

**Date and Time:**      February 8, 2019 at 9:00 AM _____ , or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**      ☒  **ARE REQUIRED**      ☐  **ARE NOT REQUIRED**

DATE: _____ January 14, 2019 _____            JEANNE A. NAUGHTON, Clerk

By: ___ /s/  Joan Lieze _____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ January 14 _____ , 20 19 ____ this notice was served on the
following: Chapter 13 Standing Trustee
Debtor(s)
Attorney for Debtor

JEANNE A. NAUGHTON, Clerk

By: ___ /s/  Joan Lieze _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28964-ABA
Kimberly J. Perkins                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1          Date Rcvd: Jan 14, 2019
                               Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db            +Kimberly J. Perkins,    609 Linden Avenue,    Riverton, NJ 08077-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
          Ellen M. McDowell    on behalf of Debtor Kimberly J. Perkins emcdowell@mpadlaw.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
                                                                         TOTAL: 6