Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 16–28964–ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kimberly J. Perkins
    609 Linden Avenue
    Riverton, NJ 08077

Social Security No.:
    xxx–xx–1454

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                October 22, 2019
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Certification in Opposition to Creditor's Certification of Default (related document:62 Creditor's Certification of Default (related document:33 Motion for Relief from Stay re: 609 Linden Avenue, Riverton, NJ 08077. Fee Amount $ 181. filed by Creditor Seterus, Inc. as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America) filed by Robert P. Saltzman on behalf of Federal National Mortgage Association c/o Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 10/7/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Federal National Mortgage Association c/o Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Ellen M. McDowell on behalf of Kimberly J. Perkins. (Attachments: # 1 Certificate of Service) (McDowell, Ellen)

and transact such other business as may properly come before the meeting.

Dated: September 27, 2019
JAN: jpl

                                                                              Jeanne Naughton
                                                                                Clerk